AO 243
REV 6/82

United States District Court
Southern District of Texas
FILED

FEB 26 2002

Michael N. Milby
Clerk of Court

# MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

**United States District Court**

District: B-02-036

| Name of Movant | Prisoner No. | Docket No. |
|---|---|---|
| MANUEL Vazques Hernándes | 94354079 | 1:00CR00409 001 |

Place of Confinement: 3711 Wright Ave. Big Spring Texas 79720

UNITED STATES OF AMERICA    v. Manuel Vazquez Hernándes
(include name upon which convicted)
(full name of movant)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack: US Courthouse 105 Federal Building 500 E 10TH ST Brownsville Tx 78520

2. Date of judgment of conviction: 01-16-2001

3. Length of sentence: 57 MONTHS

4. Nature of offense involved (all counts): ILLEGAL ENTRY TO USA OFF CHG. 8:1326 (A) B. ALIEN UNLAWFULLY FOUND IN THE US AFTER DEPORTATION HAVING BEEN CONVICTED OF AGG FELONY.

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. Kind of trial: (Check one)
   (a) Jury ☒
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐  No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☐  No ☒

(2)

rec'd
cb/14
Feb 8'02

para HONORABLE HILDA G TAGLE

lt

R-02-03

Señora yo Manuel Vazquez Hernandes fui Sentensiado 1-16 2001 y fui recomendado para la prision de florida pero hasta Haora no Se nada por que Me encuentro En Big Spring y Haora lo que le puedo pedir que Si me puede alludar para tener Otro jusgado para pedir que me rebajen un poco ni tiempo para poder ir para ni Casa Selo agradeseria mucho

haora tengo Casi 3 años encarselado y no Me e portado mal pero da la Situasion de que me encuentro laqueado por que El B.O.P no nos quiere en la llarda. y quisiera que usted que tiene poder able para que me den un transfer para Otro lado por que aqui no nos quieren Grasias Señora.

TAGLE

to HONOURABLE HILDA G. TAGLE         B-

Madam I Manuel Vasquez Hernandes was sentenced 1-16-2001 and I was recommended for the prison in florida but as of today's date I haven't heard anything because I'm still here in Big Spring tx.(sic) Now what I'm asking you for. if you could help me get another trial/ court hearing in order to request that my sentence be reduced a little bit so that I can go home. I would be really grateful to you.(sic)

now I've been in jail for almost 2 years and I haven't gotten into any trouble but it so happens that I'm locked out because The B.O.P. doesn't want us in the yard.(sic) and since you have the authority to do so if it's possible could you get me transferred elsewhere because they don't want us here. Thank you Ma'am.

TAGLE