A. Petition

6-28-02  CAB-02-36  ④

I will like to Ask if is possible to  not to dismissal my Sentence but I know now that it is A new law wich is call Fast track and is For the people to Reentry to U.S.A. with out A Permison I just want to Ask For A Perdon so I go back to Mexico and strard all over please. As you the Court know I got my wife and Son here in the U.S.A promissing to stayed out of the Unated States.

in till the time For my Self to Ask For A perdon in Washington to come back Legally here in the U.S.A.

Please have Concideration About this matter All my Familly is U.S.A Recidens I was to but was to yung then to know but now I see cleare.

to my undurstanding The Reentry is the 8, United States Code, Section 1325 (A) is 6 moths only I only got one deportation... I ~~Thank you very~~ much

Att. Manuel Vazquez H.