

Manuel Vasquez H
7-19-02

CAB-02-36

On October 4, I pleaded guilty of one count wich is 8 U.S.C § 1326 (A) I Received a 16-level increase based on the guideline score for prior state convictions.

The Court recomended 57 months based on the new law wich is

The Fast TRAK. it carry's 30 months only. I please ask you to look back on my file if is possible.
I know I did wrong on coming back to U.S.A but I learn the panishment

I thank you very much on this matter.
    To. Judge Felix Recio.

Manuel Vazquez Hernandez