UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 3 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MANUEL VASQUEZ-HERNANDEZ, Petitioner, | § § § |
| v. | §   CIVIL ACTION NO. B-02-036 |
| | §   CRIMINAL NO. B-00-409 |
| UNITED STATES OF AMERICA, Respondent. | § § § |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the file, Petitioner's Post Conviction Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2255 is hereby DENIED.

DONE in Brownsville, Texas on this  30  day of  July , 2002.

Hilda G. Tagle
United States District Judge

8