United States District Court
Southern District of Texas
FILED
AUG 26 2002
Michael N. Milby
Clerk of Court

DEFENDENT

HABEAS CORPUS. SECTION 28.2255.
PETITIONER. MANUEL VASQUEZ # 94354-079
CIVIL ACTION NO. B-02-036
CRIMINAL NO. B-00-409

CONTROL C
IMAGEL-32342

THIS SECTION DEALING WITH MOTION TO VACATE SENTENCE WAS INTENDED SIMPLY TO PROVIDE IN SENTENCING COURT REMEDY EXACTLY COMMENSURATE WITH THAT WICH HAD PRIVIOUSLY BEEN ABAILABLE BY HABEAS COURPUS IN COURT OF DISTRICT WHERE PRISONER WAS CONFINED. (SEE HILL V. US. TENN 1962) PETITIONER IS ONLY ASKING FOR A REVIEW OF HIS CASE DUE TO LOCK OF COUNSEL INEFFECTIVITY. PETITIONER IS ALSO ASKING FOR A FAST TRACK DUE TO A NEW LAW THAT HAS BEEN EFFECTIVE ON NOV. 2001. DEFENDENT FEELS THAT HE RECEIVED WAY TO MUCH OF A SENTECE DUE TO HIS PRIVIOUS FELONY CONVICTIONS WICH CONSIST IN NON VIOLENCE, ALSO THAT'S WHERE THIS NEW FAST TRACK LAW IS APLICABLE TO DEFENDENT. DEFENDENT FEELS THAT DUE TO A ERROR HE IS INTITLE TO A NEW REHEARING. THE ERROR CONCIST IN SOME EXTRAS PRIVIOUS CHARGES THAT BEEN ADDED TO TO DEFENDENT'S RECORD. DEFENDENT ADVICE HIS COUNSEL OF THIS GRAVE ERROR BUT DIDN'T RECEIVED A REPLY. DEFENDENT STATES THAT WITHIN ALL THIS ERRORS DEFENDENT IS INTITLE TO A RETROACTIVE EFFECT OF LAWS AND OR COURT DECICIONS. DEFENDENT STATES THAT HE WOULD LIKE TO HAVE HIS APPEAL REVIEW BUT BY A JUDGE OF APPEALS NOT BY A MAGISTRATE. PETITIONER IS AWARE OF HIS POST CONVICTIONS BUT FEELS THAT IF IT WOULDN'T BE FOR THOSE CHARGES ADDED, DEFENDENT'S GUIDE LINE WERE N'T BE TO HIGH. AND AS A RESULT OF THE ERROR AND OR THOSE CHARGES BROUGHT AGAINST DEFENDENT. DEFENDENT CLAIMS THAT THOSE CHARGES AREN'T HIS BUT DUE TO HIS COUNSUL'S INEFFECTIVITY COURT CHARGE HIM WITH IT

#2 SO THEREFORE DEFENDENT WOULD LIKE TO HAVE HIS CASE/APPEAL REHEARDED AS SOON AS POSSIBLE. DEFENDENT GRAETY APPRECIATE YOUR HELP AND CONCERN IN THIS MATTER AND THANK YOU VERY MUCH.

APLICANT: MANUEL VASQUEZ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 3 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MANUEL VASQUEZ-HERNANDEZ, Petitioner, | § § § | |
| v. | § § | CIVIL ACTION NO. B-02-036 CRIMINAL NO. B-00-409 |
| UNITED STATES OF AMERICA, Respondent. | § § § | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the file, Petitioner's Post Conviction Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2255 is hereby DENIED.

DONE in Brownsville, Texas on this _30_ day of _July_, 2002.

Hilda G. Tagle
United States District Judge

8