9

Manuel Vasquez - Petitioner # 94354-079

United States District Court
Southern District of Texas
FILED

Civil Action. No. B-02-036
Criminal No. B-00-409:

SEP 26 2002

Michael N. Milby
Clerk of Court

Petitioner's, objections and/or errors consist of insufficient assistance of counsel, which consist in added/extras priors conviction. Due to lock counsel assistance, petitioner claims that those added charges are not his. Therefore defendent ask for a rechek of his file. Your answer on 09/10/02 doesnt consist muchless giving me any information of my appealing case or my situation regarding what I am asking. Therefore and due to those extra charges added to my court file the federal guidelines were higher then what sopoust to and increase my lenght sentence. Defendent alleged that due to these charges broughed to his prior conviction, his guidelines level went to high and received a 57 month lenght sentence. Therefore defendent alleged and would like to have a new rehearing by a especialist as soon as possible and greatly appreciate your help and concern in this matter and thank you very much.

Manuel Vasques. Hernandez

Dated on. 09/18/02...

SEP 26 2002

Michael N. Milby, Clerk of Court

MAIL