UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 29 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MANUEL VASQUEZ-HERNANDEZ, Petitioner, | § § § | |
| v. | § § | CIVIL ACTION NO. B-02-036 CRIMINAL NO. B-00-409 |
| UNITED STATES OF AMERICA, Respondent. | § § § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the court is the Magistrate Judge's Amended Report and Recommendation in the above-referenced cause of action. After a de novo review of the file,

1. The Magistrate Judge's Amended Report and Recommendation is hereby ADOPTED;

2. Petitioner's Application for a Certificate of Appealability (Doc. No. 7) is hereby DENIED.

DONE in Brownsville, Texas this ___ day of October, 2002.

_____
Hilda Tagle
United States District Judge